No. 81–5890.  SIMKO v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 81–940.  BURTON ET AL. v. CITY OF JACKSON, MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 81–974.  THEATRES WEST, INC., DBA WESTWORLD CINEMA, THEATRE DEAUVILLE, AND CINEMA WEST, ET AL. v. HOLMES, HARRIS COUNTY DISTRICT ATTORNEY, ET AL. C. A. 5th Cir.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 81–934.  ARRINGTON, MAYOR OF BIRMINGHAM, ET AL. v. ASSOCIATED GENERAL CONTRACTORS OF AMERICA, ALABAMA BRANCH, INC., ET AL.  Sup. Ct. Ala.  Certiorari denied.  JUSTICE BRENNAN would grant certiorari.

No. 81–5585.  LUNZ v. JIMENEZ ET AL., 454 U. S. 1101; and

No. 81–5627.  WILLIAMS v. UNITED STATES, 454 U. S. 1090.  Petitions for rehearing denied.

No. 80–2074.  WORRELL, DBA CHEROKEE HOMES APARTMENTS v. UNITED STATES, 454 U. S. 881.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–500.  WORRELL v. B. F. GOODRICH CO., 454 U. S. 969.  Motion for leave to file petition for rehearing denied.

JANUARY 25, 1982

No. 81–1031.  TREEN ET AL. v. KAREN B. ET AL.  Affirmed on appeal from C. A. 5th Cir.